IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW SMITH, | ) |
| Petitioner, | ) |
| | ) |
| vs | ) Civil Action 05-1513 |
| | ) |
| SUPT. DAVID DIGUGLIELMO, et al., | ) |
| Respondents. | ) |

JUDGMENT ORDER

AND NOW, this 20th day of Dec 2005, for the reasons set forth in the Court's Order entered this date, pursuant to Rule 58, F.R.Civ.P., judgment is hereby entered against the petitioner and in favor of the respondents.

The Clerk is directed to mark this case closed.

_____
United States District Judge